UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SHANNON DESCHENES**<br>　　　　Plaintiff,<br><br>v.<br><br>**OFFICER ANDREW RYDER, SERGEANT FRANCISCO RODRIQUES, and THE CITY OF NEW BEDFORD**<br>　　　　Defendants. | **C.A. NO. 1:16-CV-11460-PBS** |

## JOINT STATEMENT OF DEADLINES

Pursuant to the Court's Order, Docket # 53, the parties hereby submit the following Joint Statement of Deadlines. The parties request the following deadlines:

1. Motions for Summary Judgment due by January 29, 2018.

2. Oppositions to Summary Judgment due by February 28, 2018.

3. Further status conference with the Court per the Court's schedule.

WHEREFORE, the parties respectfully request that this Court reset the aforementioned deadlines and dates to the dates listed above.

Respectfully submitted,

| DEFENDANTS, | PLAINTIFF |
|---|---|
| **ANDREW RYDER** | **SHANNON DESCHENES** |
| **FRANCISCO RODRIQUES** | |
| **CITY OF NEW BEDFORD** | By his attorney: |

By their attorneys:

*/s/ Douglas I. Louison*  　　　　　　　*/s/ Jessica Hedges*

　　　　　　　　　　　　　　　　　　James Haynes (BBO No. 676320)
Douglas I. Louison (BBO #545191)　　Jessica Hedges (BBO No. 645847)
Nicole A. Maruzzi (BBO# 696088)　　Michael Tumposky (BBO 660618)
Email: Dlouison@lccplaw.com　　　　50 Congress St., Suite 600
Louison, Costello, Condon & Pfaff, LLP　Boston, MA 02109
101 Summer Street　　　　　　　　T) (617) 722-8220
Boston, MA  02110　　　　　　　　E) haynes@htlawyers.com
617-439-0305　　　　　　　　　　E) jhedges@htlawyers.com
FAX: 617-439-0325

Date: September 21, 2017

# CERTIFICATE OF SERVICE

I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as listed below:

Jessica D. Hedges
Michael Tumposky
Hedges & Tumposky, LLP
50 Congress Street, Suite 600
Boston, MA 02109

Date: September 21, 2017　　　　　　*/s/ Douglas I. Louison*
　　　　　　　　　　　　　　　　　Douglas I. Louison